ACCEPTED
03-15-00186-CV
4722550
THIRD COURT OF APPEALS
AUSTIN, TEXAS
4/1/2015 10:11:33 AM
JEFFREY D. KYLE
CLERK

# MARTENS, TODD, LEONARD, TAYLOR & AHLRICH

### A GENERAL PARTNERSHIP

JAMES F. MARTENS*
KELLI H. TODD
LACY L. LEONARD

Attorneys at Law

*Board Certified in Tax Law
Texas Board of Legal Specialization

301 CONGRESS AVENUE, SUITE 1950
AUSTIN, TEXAS 78701
(512) 542-9898
FAX (512) 542-9899
www.textaxlaw.com

AMANDA G. TAYLOR
DIRECTOR OF APPEALS

ALTON J. HILL

Attorneys at Law

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
4/1/2015 10:11:33 AM
JEFFREY D. KYLE
Clerk

April 1, 2015

**Via E-Filing**
Jeffrey D. Kyle, Clerk
Third Court of Appeals
209 West 14th Street, Suite 101
Austin, Texas 78701

Re: **03-15-00186-CV**, *Glenn Hegar, Comptroller of Public Accounts of the State of Texas; and Ken Paxton, Attorney General of the State of Texas v. Statewide Materials Transport, Ltd.*; In the Court of Appeals, Third Judicial District of Texas

## DESIGNATION OF LEAD COUNSEL FOR APPELLEES

Mr. Kyle,

In accordance with Texas Rule of Appellate Procedure 6.1(c), I am writing to notify this Court and counsel that I am lead counsel for Appellees, Statewide Materials Transport, Ltd.

Mr. James ("Jimmy") F. Martens and Ms. Danielle V. Ahlrich will remain as additional trial and appellate counsel for Appellees.

Please direct all Court notices to my attention and include my partners, Mr. Martens and Ms. Ahlrich on the service of any other document or correspondence in this appeal, as follows:

Amanda G. Taylor
ataylor@textaxlaw.com
State Bar No. 24045921
James F. Martens
jmartens@textaxlaw.com
State Bar No. 13050720
Danielle V. Ahlrich
dahlrich@textaxlaw.com
State Bar No. 24059215
MARTENS, TODD, LEONARD, TAYLOR & AHLRICH
301 Congress Ave., Suite 1950
Austin, Texas 78701
(512) 542-9898 (phone)


Sincerely,

/s/ Amanda Taylor

Amanda Garrett Taylor


cc:     **Via E-mail/E-service to:**
        Charles K. Eldred
        Charles.Eldred@texasattorneygeneral.gov
        Assistant Attorney General, Financial and Tax Litigation Division
        *Counsel for Appellants*